# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE TAX LIABILITIES OF:<br><br>JOHN DOES, United States taxpayers who, at any time during the years ended December 31, 2014, through December 31, 2023, used the services of the Trident Trust Group, including its predecessors, subsidiaries, divisions, affiliates, and associates, to establish, maintain, operate, or control any foreign financial account or other foreign asset; any foreign corporation, company, trust, foundation or other legal entity; or any foreign or domestic financial account or other asset in the name of such foreign entity. | Case No. |

## DECLARATION OF RANDY HOOCZKO
## TRIDENT TRUST GROUP ("TTG")
## EXHIBIT LIST[1]

| Exhibit No. | Description |
|---|---|
| A | John Doe Summons – TT (USA) Holdings, Inc. |
| B | John Doe Summons – Trident Corporate Services, Inc. |
| C | John Doe Summons – Trident Fund Services, Inc. |
| D | John Doe Summons – Trident Trust Company (South Dakota) Inc. |
| E | John Doe Summons – Nevis Services Limited |
| F | John Doe Summons – Federal Express Corporation |
| G | John Doe Summons – DHL Express (USA), Inc. |
| H | John Doe Summons – United Parcel Service, Inc. |
| I | John Doe Summons – Federal Reserve Bank of New York |

---

[1] Yellow highlights were added to certain exhibits as annotations by Senior IRS Revenue Agent Randy Hooczko and were not contained in the original documents.

| Exhibit No. | Description |
|---|---|
| J | John Doe Summons – The Clearing House Payments Company LLC |
| K | John Doe Summons – HSBC Bank USA, N.A. |
| L | John Doe Summons – The Bank of New York Mellon Corporation |
| M | John Doe Summons – Wells Fargo Bank, N.A. |
| N | John Doe Summons – Citibank, N.A. |
| O | John Doe Summons – UBS AG |
| P | John Doe Summons – Bank of America, N.A. |
| Q | John Doe Summons – Deutsche Bank Trust Company Americas |
| 1 | Morning Star Holdings – About Us webpage as of March 11, 2022 |
| 2 | Trident Trust – Companies by Country table (July 2020) |
| 3 | Morning Star Holdings – Nevis LLC Formation Questionnaire and Information Form (October 2018) |
| 4 | Morning Star Holdings – Nevis Corporations, NBCO Incorporation Questionnaire and Information Form (October 2018) |
| 5 | Morning Star Holdings – Nevis LLC Fee Schedule (January 2020) |
| 6 | Trident Trust British Virgin Islands – Terms of Business (June 2017) |
| 7 | Trident Trust Cyprus – Terms of Business, Non-Fiduciary Services (October 2017) |
| 8 | Trident Trust South Dakota – Terms of Business for Trusts (July 2020) |
| 9 | Trident Trust – Panama Companies Key Facts (February 2024) |
| 10 | Trident Trust – British Virgin Islands Companies Key Facts (November 2023) |
| 11 | Trident Trust – Panama Foundations Key Facts (November 2023) |
| 12 | Trident Trust – Mauritius Trusts Key Facts (May 2024) |
| 13 | Trident Trust – Bahamas Foundations Key Facts (November 2023) |
| 14 | Trident Trust – Guernsey Trusts Key Facts (March 2024) |
| 15 | Trident Trust – Isle of Man Trusts Key Facts (March 2024) |

| Exhibit No. | Description |
|---|---|
| 16 | Trident Trust – Malta Trusts Key Facts (November 2023) |
| 17 | Trident Trust – Hong Kong Companies Key Facts (January 2024) |
| 18 | Trident Trust – Guernsey Companies Key Facts (February 2024) |
| 19 | Trident Trust – Nevis International Business Environment Key Facts (November 2023) |
| 20 | Trident Trust – Bahamas Companies Key Facts (IBCs) (November 2023) |
| 21 | Trident Trust – Jersey Companies Key Facts (February 2024) |
| 22 | Trident Trust – UAE (DMCC Free Zone) Companies Key Facts (February 2024) |
| 23 | Trident Trust – Panama Companies Key Facts (September 2021) |
| 24 | Trident Trust Company (Cayman) Limited Bank Details with wiring instructions for correspondent accounts with Bank of New York (BNY) Mellon and Wells Fargo Bank, N.A. (undated, accessed on March 11, 2022) |
| 25 | Morning Star Holdings Statement of Account dated December 29, 2017, with Bank of Nevis Ltd wire instructions |
| 26 | Trident Trust Jersey – Filing & Scanning Clerk/Receptionist (February 2021) |
| 27 | Morning Star Holdings Wiring Instructions for Wachovia Bank (undated, accessed on March 9, 2022) |
| 28 | Trident Trust (Panama) S.A. invoice with wiring instructions for HSBC Bank USA, N.A. dated October 4, 2012 |
| 29 | Morning Star Holdings New Payment Details for account with Citibank, N.A. in New York, NY |
| 30 | Trident Trust Group Global Privacy Notice (updated April 15, 2024) |
| 31 | Trident Trust BVI Payments webpage with invoice payment instructions as of March 11, 2022 |
| 32 | Trident Trust Panama Payments webpage with invoice payment instructions as of March 11, 2022 |
| 33 | Trident Trust USVI Payments webpage with invoice payment instructions as of March 11, 2022 |
| 34 | Trident Trust Nevis Payments webpage with invoice payment instructions as of March 11, 2022 |

| Exhibit No. | Description |
|---|---|
| 35 | Trident Trust Company (B.V.I.) Limited billing information input form as of March 11, 2022 |
| 36 | Trident Trust (Panama) S.A. billing information input form as of March 11, 2022 |
| 37 | Trident Trust Company (VI) Limited billing information input form as of March 11, 2022 |
| 38 | Morning Star Holdings Limited & Meridian Trust Company Limited billing information input form as of March 11, 2022 |
| 39 | Trident Trust's Terms and Conditions of Business (updated December 21, 2023) |
| 40 | Trident Trust – About Us, Worldwide Directory webpage (August 2019) |
| 41 | Trident Trust – Cayman Islands Companies and Partnerships Key Facts (November 2023) |