**Trident Trust Group John Doe Summons Declaration of Randy Hooczko**

# EXHIBIT 25

 **Morning Star Holdings Limited**

███████████████

Attn: ████████████

December 29, 2017

**STATEMENT of ACCOUNT**
**Client Services Division**

**Morning Star Holdings Limited**

Hunkins Waterfront Plaza
Suite 556
Main Street
Charlestown
Nevis, West Indies
Tel 1-869-469-1817
Fax 1-869-469-1794
info@morningstarnevis.com
www.morningstarnev.com

| Reference | Company | Date | Debit | Credit | Balance |
|-----------|---------|------|-------|--------|---------|
| ███ ███ | █████████████████ | ████ | ███ | | ████ |
| ████ | ████████ | ████ | ███ | | ████ |
| ████ | ██████ | ████ | ███ | | ████ |
| ████ | ████ | ████ | ███ | | ████ |
| ████ | ████████ | ████ | ███ | | ████ |

| Analysis | Current | Overdue | Total Outstanding |
|----------|---------|---------|-------------------|
| | ████ | ████ | ████ |

Our wire transfer details are below. Please include an additional $30.00 with your payment to cover the cost of recipient bank charges. Payment may also be made by debit or credit card. Our payment details are attached fro all U.S. Dollar transfers.  Please advise us when your payment is sent.

**(1) Wire Transfers**
Please quote our invoice number, and wire to:
The Bank of New York
New York, USA
ABA: 021-000-018

**(2) For credit to:**
Lloyds Bank PLC
First Floor, 25 Gresham Street
London, EC2V 7HN
United Kingdom
Sort Code: 30-96-34
IBAN: ███████5696
SWIFT: LOYDGB2L

**(3) For the account of:**
The Bank of Nevis Ltd, Nevis, West Indies
Swift Code: BNEVKNNE
Account No: ████5696

**(4) For further credit to:**
Account Name: Morning Star Holdings Limited
Account No: ██████

**PLEASE NOTE THAT WE NO LONGER ACCEPT CHEQUES OR DRAFTS**