**Trident Trust Group John Doe Summons Declaration of Randy Hooczko**

# EXHIBIT 27

# MORNING STAR HOLDINGS

WIRING INSTRUCTIONS

Wachovia Bank
11 Penn Plaza
4th Floor
NY, NY 10001

ABA: **026005092**

SWIFT Code: **PNBPUS3NNYC**

For the account of:

FirstCaribbean International Bank Ltd
PO Box 42
Basseterre, St Ktts
West Indies

SWIFT Code: **FCIBKNSK**

Account No: ███████ 5487

For further credit to:

**Morning Star Holdings Limited**

Account No: ███ 5580

Reference:

**Please quote company name(s) or invoice number(s).**

WWW.MORNINGSTAREV.COM