**Trident Trust Group John Doe Summons Declaration of Randy Hooczko**

# EXHIBIT 28

# ✂ TRIDENT TRUST

# INVOICE

**Trident Trust (Panama) S.A.**

Calles 50 y Aquilino de la Guardia
Torre Plaza Banco General, Piso 14
Apartado Postal 0823-05789
Panama, Republic of Panama
Tel   507-302-7494
Fax  507-302-7497
panama@tridenttrust.com
www.tridenttrust.com

USA
Attention:

04 October, 2012

**Invoice No:**

Your Ref:

Our Ref:   TTADM

### Fees

| | |
|---|---:|
| To:  Provision of the services of TT & Asociados as Registered Agent and providing Registered Office for the year ending December 16, 2013. | 200.00 |
| To:  Provision of the services of Directors and Officers for the year ending December 16, 2013. | 150.00 |

### Disbursements

| | |
|---|---:|
| To:  2012 Government Annual Licence Fee. | 300.00 |

PLEASE NOTE: We will not be liable to pay the Government Annual Licence Fee by 30st December, 2012 unless we are in receipt of funds prior to 15th December, 2012. Failure to pay our invoice on time may result in Government penalties which will be the liability of the above Company.

Credit Terms - Strictly 60 Days
Please see our Web site for our terms of business.

**US$    650.00**

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

| COMPANY NAME | REFERENCE | INVOICE DATE | AMOUNT DUE |
|---|---|---|---|
| | | 04/10/2012 | US$   650.00 |

Please send your remittance by way of a cheque or banker's draft drawn on a U.S. bank in favour of Trident Trust (Panama) SA to the following address:
Trident Trust (Panama) S.A.
Calles 50 y Aquilino de la Guardia
Torre Plaza Banco General, Piso 14
Apartado Postal 0823-05789
Panama, Republic of Panama

If making payment by wire transfer, please quote our invoice number, and wire to
HSBC Bank USA NA
Account No:        118-6
New York, NY, USA
FED ABA: 021001088
SWIFT ID: MRMDUS33
CHIPS ABA: 0108
For onward transmission to:
HSBC Bank (Panama) SA
Panama, Republic of Panama
CHIPS UID: 415666
SWIFT ID: MIDLPAPA
For Further Credit To:
Account Name: Trident Trust (Panama) S.A.
Account No:         4965