**Trident Trust Group John Doe Summons Declaration of Randy Hooczko**

# EXHIBIT 37



**Secure Transaction** 🔒

**Billing Information**

| | |
|---|---|
| **First Name:** | |
| **Last Name:** | |
| **Company Name:** | |
| **Country:** | United States |
| **Address:** | |
| | |
| **City:** | |
| **State/Province:** | - Select State - |
| **Zip/Postal Code:** | |
| **Phone Number:** | |
| **Email Address:** | |

**Additional Information**

| | |
|---|---|
| **INVOICE REF#:** | |
| **Entity Name:** | |
| **Extra Message:** | |

[Continue]

**CONTACT US:**   Trident Trust Company (VI) Limited
Waterfront Center, Suite A,
72 Kronprindsens Gade,
Charlotte Amalie, St Thomas
00803-5304, US Virgin Islands
Tel: +1(340) 774-7322
USVIpayments@tridenttrust.com

Trident Trust Company (VI) Limited <span style="float:right">Page 2 of 2</span>



Privacy - Terms

https://quickclick.com/cart/cart.php?action=show_information&internal_key=5627b62845436ebb61fb...    3/11/2022