**Trident Trust Group John Doe Summons Declaration of Randy Hooczko**

# EXHIBIT 38

Morning Star Holdings Limited & Meridian Trust Company Limited                              Page 1 of 2



Secure Transaction 🔒

**Billing Information**

| | |
|---|---|
| **First Name:** | |
| **Last Name:** | |
| **Company Name:** | |
| **Country:** | United States |
| **Address:** | |
| | |
| **City:** | |
| **State/Province:** | - Select State - |
| **Zip/Postal Code:** | |
| **Phone Number:** | |
| **Email Address:** | |

**Additional Information**

| | |
|---|---|
| **INVOICE REF#:** | |
| **Entity Name:** | |
| **Extra Message:** | |

Continue

**CONTACT US:**   Morning Star Holdings Limited & Meridian Trust Company Limited

Suite 556, Hunkins Waterfront Plaza, Main Street, Charlestown, Nevis, West Indies

Tel: +1(869) 469-1817

nevispayments@tridenttrust.com

https://quickclick.com/cart/cart.php?action=show_information&internal_key=a9059b9d761bc202afff1...    3/11/2022

Morning Star Holdings Limited & Meridian Trust Company Limited  Page 2 of 2

*Both Morning Star Holdings and Meridian Trust Co. are members of the Trident Trust Group of Companies.*



Privacy - Terms

https://quickclick.com/cart/cart.php?action=show_information&internal_key=a9059b9d761bc202afff1...  3/11/2022