# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE TAX LIABILITIES OF:<br><br>JOHN DOES, United States taxpayers who, at any time during the years ended December 31, 2014, through December 31, 2023, used the services of the Trident Trust Group, including its predecessors, subsidiaries, divisions, affiliates, and associates, to establish, maintain, operate, or control any foreign financial account or other foreign asset; any foreign corporation, company, trust, foundation or other legal entity; or any foreign or domestic financial account or other asset in the name of such foreign entity. | Case No. 1:24-mi-126-SEG-RDC |

## UNITED STATES' NOTICE OF ORDER ISSUED IN RELATED "JOHN DOE" SUMMONS MATTER

On December 17, 2024, the United States filed in this Court an *ex parte* petition under 26 U.S.C. § 7609(f) for leave to serve Internal Revenue Service "John Doe" summonses upon TT (USA) Holdings, Inc.; Trident Corporate Services, Inc.; and Trident Fund Services, Inc. ECF No. 1.

On the same date, the United States initiated concurrent *ex parte* proceedings in the District of South Dakota and the Southern District of New York to serve similar "John Doe" summonses on other entities regarding the same class of persons. *See In re Tax Liabs. of John Does*, Case No. 4:24-mc-127-RAL (D.S.D.) (*"DSD*

Case");[1] *In re Tax Liabs. of John Does*, Case No. 1:24-mc-594 (S.D.N.Y.) (*"SDNY Case"*).[2]

On December 23, 2024, the district court for the Southern District of New York issued an Order granting the United States' *ex parte* petition for leave to serve the "John Doe" summonses sought in that district. *See* Exhibit A (*SDNY Case* Order). That Order approved without changes, *inter alia*, a summons to Nevis Services Limited that is substantially similar to the proposed summonses sought here. *Compare* Exhibit B (John Doe summons to Nevis Services Limited), *with* ECF No. 1-4 (proposed summons to TT (USA) Holdings, Inc.); 1-5 (proposed summons to Trident Corporate Services, Inc.); and ECF No. 1-6 (proposed summons to Trident Fund Services, Inc.).

---

[1] The District of South Dakota proceeding concerned a proposed John Doe summons to Trident Trust Company (South Dakota) Inc. *See* ECF No. 1-1, at 10 (Hooczko Declaration detailing summonses proposed in each district).

[2] The Southern District of New York proceeding concerns proposed John Doe summonses to Nevis Services Limited (a Trident Trust Group affiliate); FedEx Corporation; DHL Express (USA), Inc.; United Parcel Service, Inc.; Federal Reserve Bank of New York; The Clearing House Payments Company LLC; HSBC Bank USA, National Association; The Bank of New York Mellon Corporation; Wells Fargo Bank, National Association; Citibank, National Association; UBS AG; Bank of America, National Association; and Deutsche Bank Trust Company Americas. *See* ECF No. 1-1, at 10 (Hooczko Declaration detailing summonses proposed in each district).

Dated: December 23, 2024.                    Respectfully submitted,

**DAVID A. HUBBERT**
Deputy Assistant Attorney General

By:   */s/ Christina T. Lanier*
CHRISTINA T. LANIER
D.C. Bar No. 1779680
(202) 765-4908 (v)
(202) 514-4963 (f)
Christina.T.Lanier@usdoj.gov

ELISABETH K. KRYSKA
Maryland Bar No. 2211280290
(202) 305-6717 (v)
202-514-6770 (f)
Elisabeth.K.Kryska@usdoj.gov

BRIJ B. PATNAIK
Illinois Bar # 6300524
202-353-0703 (v)
202-514-6770 (f)
Brij.Patnaik@usdoj.gov

Trial Attorneys, Tax Division
U.S. Department of Justice
Ben Franklin Station
P.O. Boxes 7238 & 14198
Washington, D.C. 20044

*Attorneys for the United States of America*

Of Counsel:

RYAN K. BUCHANAN
United States Attorney

NEELI BEN-DAVID
Assistant U.S. Attorney
Georgia Bar No. 049788
Office of the U.S. Attorney
75 Ted Turner Drive, SW
Suite 600
Atlanta, GA 30303
404-581-6303
Neeli.Ben-David@usdoj.gov

## CERTIFICATE OF COMPLIANCE

I certify that this document was prepared using Times New Roman, 12- and 14-point font in compliance with this Court's Local Rules.

*/s/ Christina T. Lanier*
CHRISTINA T. LANIER
Trial Attorney, Tax Division
U.S. Department of Justice